IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TINA JINNETTE HURLEY,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-750

Opinion filed July 29, 2014.

Petition for Writ of Certiorari.

Matt Shirk, Public Defender, and Elizabeth H. Webb, Assistant Public Defender, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, and Wes Paxson III, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

       DENIED.

WOLF, ROWE, and OSTERHAUS, JJ., CONCUR.